NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KROY IP HOLDINGS, LLC,**
*Appellant*

**v.**

**GROUPON, INC.,**
*Appellee*

---

2020-1916, 2020-1917

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2019-00044, IPR2019-00061.

---

**JUDGMENT**

---

JONATHAN K. WALDROP, Kasowitz Benson Torres LLP, Redwood Shores, CA, argued for appellant. Also represented by MARCUS BARBER, JOHN WALTER DOWNING, DARCY L. JONES, HEATHER KIM, JACK SHAW.

THOMAS LEE DUSTON, Marshall, Gerstein & Borun LLP, Chicago, IL, argued for appellee. Also represented by SANDIP PATEL, RAYMOND R. RICORDATI.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, LOURIE and DYK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 14, 2021          /s/ Peter R. Marksteiner
    Date              Peter R. Marksteiner
                      Clerk of Court